UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
:
WILLIAM J. PFUNK,                                       :     12 CIV. 8971 (PAE)(FM)
:
       Plaintiff,                                         :
:
      -against-                                             :     **NOTICE OF APPEARANCE**
:
COHERE COMMUNICATIONS, LLC                              :
and STEVEN T. FRANCESCO,                                :
:
       Defendants.                                        :
:
-------------------------------------------------------x

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case on behalf of:

    COHERE COMMUNICATIONS, LLC and

    STEVEN T. FRANCESCO

    I certify that I am admitted to practice in this Court.

Dated: February 7, 2013

                                                                              _____
                                                                        BRIAN J. BURNS (BB-2921)
                                                                        Of Counsel
                                                                        GALLAGHER, HARNETT & LAGALANTE LLP
                                                                        380 Lexington Avenue, Suite 2120
                                                                        New York, NY 10168
                                                                        Telephone: (212) 983-9700
                                                                        Facsimile: (212) 983-9701
                                                                        E-Mail: bburns@ghl-ny.com